# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## CENTRAL DIVISION

| | |
|---|---|
| SUSAN CATLIN,<br><br>        Plaintiff,<br><br>vs.<br><br>SALT LAKE COMMUNITY COLLEGE, et al.,<br><br>        Defendants. | ORDER ADOPTING AND AFFIRMING REPORT AND RECOMMENDATION<br><br>Case No. 2:09CV593DAK<br><br>Judge Dale A. Kimball |

        This case was assigned to United States District Court Judge Dale A. Kimball, who then referred it to United States Magistrate Judge Samuel Alba under 28 U.S.C. § 636(b)(1)(B). Magistrate Judge Alba issued a Report and Recommendation on January 25, 2010, concluding that Plaintiff's complaint should be dismissed pursuant to the *in forma pauperis* statute because she has failed to allege sufficient facts on which a recognized legal claim could be based. The Report and Recommendation notified the parties that any objection to the Report and Recommendation was required to be filed within ten days of receiving it. Plaintiff requested additional time to prepare her objections to the Report and Recommendation, which this court granted. Plaintiff filed her objections to the Report and Recommendation on March 1, 2010. The matter is, therefore, fully briefed.

        The court has reviewed the record in this case *de novo.* Specifically, the court has reviewed the pleadings in this case, Magistrate Judge Alba's September 8, 2009 Report and

Recommendation, Plaintiff's objections to the Report and Recommendation, and other materials submitted by Plaintiff. The court has carefully considered whether any of the objections impact the analysis contained in the Report and Recommendation. The court finds that many of Plaintiff's objections pertain to information that is not relevant to the issues addressed in the Report and Recommendation. Furthermore, none of Plaintiff's objections demonstrate any error in the Magistrate Judge's conclusions.

The court fully agrees with the analysis contained in Magistrate Judge Alba's Report and Recommendation. Therefore, the court approves and adopts the Magistrate Judge's January 25, 2010 Report and Recommendation in its entirety. Accordingly, Plaintiff's Complaint is dismissed and the Clerk of Court is directed to close this case.

DATED this 29th day of March, 2010.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge